IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                        **Criminal Action No. 3:22MJ89**

**DANIELLE LUDWIG,**

      **Defendant.**

## ORDER ON PRELIMINARY HEARING AND DETENTION

On September 21, 2022, came the United States of America by Jennifer T. Conklin, Assistant United States Attorney, and also came the Defendant, Danielle Ludwig, in person and by her counsel, Aaron D. Moss, Assistant Federal Public Defender, for a preliminary hearing and detention hearing in the above-styled criminal action.

Upon commencement of the preliminary hearing, the Defendant presented a written waiver to the Court. The Court proceeded to inform Defendant that she is entitled to a preliminary hearing and her rights regarding the same. After inquiry, the Court finds that Defendant, upon consultation with her attorney, knowingly and intelligently waives her right to a preliminary hearing in this matter. Based on that waiver and further inquiry, the Court finds that there is probable cause to believe that Defendant distributed heroin involving death, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C). Accordingly, it is

**ORDERED** that the Defendant be bound over to the Grand Jury pursuant to 18 U.S.C. §3161(b).

Upon commencement of the detention hearing, the Government **WITHDREW** it's

Motion [ECF No. 5] to Detain. Accordingly, it is

**ORDERED** that the Government's Motion [ECF No. 8] to Detain is **WITHDRAWN** and Defendant shall be **RELEASED from the Eastern Regional Jail** under the terms of the Order Setting Conditions of Release filed herein.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED: September 21, 2022**

_____
ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE