PS 8
(Rev. 5/02 WVN)

# UNITED STATES DISTRICT COURT
## for the
## Northern District of West Virginia

U.S.A. vs. Danielle Ludwig                                    Docket No.: 3:22MJ89

### Petition for Action on Conditions of Pretrial Release

COMES NOW AnnaBelle Scolapio, U. S. PROBATION OFFICER, presenting an official report upon the conduct of defendant Danielle Ludwig, who was placed under pretrial release supervision by the Honorable Robert W. Trumble sitting in the Court at Martinsburg, West Virginia, on September 21, 2022, under the following conditions:

See attached Order Setting Conditions of Release

Respectfully presenting petition for action of court for cause as follows:
(If short insert here; if lengthy write on separate sheet and attach.)

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1. | Violation of Condition 1: The defendant must not violate federal, state, or local law while on release.<br><br>On October 21, 2022, the defendant was issued Citation Number 4773 by the Morgantown Police Department for Failure to Yield for Pedestrian in Crosswalk (see attached). The defendant promptly contacted the probation officer from the scene of the alleged incident. According to Morgantown Municipal Court staff, on October 26, 2022, the defendant requested an accident hearing. The case is pending at this time. |

**PETITIONING THE COURT**

☐ To issue a warrant
☐ To issue a summons
[X] Neither

U. S. Pretrial Services Officer Recommendation: No action is recommended at this time. Absent the defendant's initial positive drug screen, she has otherwise remained in compliance with the conditions of pretrial release and maintains three employment positions. Any further violations of her release will be reported with an appropriate recommendation for action.

PS8                                                                    PS8 Petition for Action on Conditions of Pretrial Release

The term of supervision should be:

☐ Revoked

☒ No action taken at this time

☐ The conditions of supervision should be modified as follows:

Respectfully,

*AnnaBelle Scolapio*

AnnaBelle Scolapio
U. S. Probation Officer
Place: Clarksburg, West Virginia
Date:  October 28, 2022

THE COURT ORDERS

☑ No action

☐ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ Other

ORDER OF COURT

Considered and ordered this __28th__ day of __October__, 20 _22_ and ordered filed and made a part of the records in the above case.

_____
U. S. District Judge/Magistrate

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

**FILED**
SEP 21 2022
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

United States of America )
v. )
) Case No. 3:22MJ89
Danielle Ludwig )
*Defendant* )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

DNL (1) The defendant must not violate federal, state, or local law while on release.

DNL (2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

DNL (3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

DNL (4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: W. Craig Broadwater Federal Building and U.S. Courthouse
217 West King Street
Martinsburg, West Virginia 25401
*Place*

on _____
*Date and Time*

DNL (5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____ _____
*Custodian* *Date*

## ADDITIONAL CONDITIONS OF RELEASE

DNL ( X ) (7) The defendant shall:

DNL ( X ) (a) submit to supervision by and report for supervision to United States Probation, telephone number 304-267-0778, no later than AS DIRECTED.

DNL ( X ) (b) continue or actively seek employment.

( ) (c) continue or start an education program.

DNL ( X ) (d) surrender any passport to: Clerk, WVND

DNL ( X ) (e) not obtain a passport or other international travel document.

DNL ( X ) (f) abide by the following restrictions on personal association, residence, or travel: travel restricted to Northern District of West Virginia unless approved in advance by Pretrial Services.

DNL ( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: anyone who is named in the indictment/information against you unless that person is your spouse, child, parent or sibling.

( ) (h) get medical or psychiatric treatment: _____

( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

DNL ( X ) (k) not possess a firearm, destructive device, or other weapon.

DNL ( X ) (l) not consume alcohol.

DNL ( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

DNL ( X ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

DNL ( X ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.

    ( ) (i) **Curfew.** You are restricted to your residence everyday from _____ to _____ or as directed by the pretrial services office or supervising officer; or

    ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

    ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

    ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

DNL ( X ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

DNL ( X ) (s) not purchase, possess or use any paraphernalia related to any controlled substance.

DNL ( X ) (t) not purchase, possess or consume any organic or synthetic intoxicants, including bath salts, synthetic cannabinoids or other designer stimulants, and shall not frequent places that sell or distribute synthetic cannabinoids or designer stimulants.

DNL ( X ) (u) not abuse prescription medication.

DNL ( X ) (v) shall be prohibited from possessing a potentially vicious/dangerous animal or residing with anyone who possesses a potentially vicious animal. The Probation Officer has sole authority to determine what animals are considered to be potentially vicious/dangerous.

DNL ( X ) (w) participate in a program of mental health counseling if directed by the pretrial services office or supervising officer.

DNL ( X ) (x) shall have all firearms, destructive devices, and other weapons removed from any property owned, accessed, or inhabited by the defendant. Removal must be conducted by someone other than the defendant, and shall be completed prior to the defendant's return to the property.

DNL ( X ) (y) shall follow all instructions of the pretrial services office or supervising officer.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Danielle Ludwig_
*Defendant's Signature*

_____
*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: September 21, 2022         _Robert W. Trumble_
                                  *Judicial Officer's Signature*

Robert W. Trumble, United States Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| October 27, 2022 at 11:05:50 AM EDT | 3042847427 | 70 | 1 | Received |

Oct. 27. 2022 11:01AM

State of West Virginia Uniform Citation NO: No. 477332 P. 1. 435

No-Te-1891

The undersigned, being duly sworn, upon his oath deposes and says:

On **Fri** The **21** Day Of **Oct** **2022** At **1336** Hours
Weekday / Date / Month / Year / Time

Name: **Ludwig Danielle Nicole**
Last / First / Middle

Address: **326 Brockway Ave**

City: **Morgantown** State: **WV** Zip Code: **26501**

Driver License Type:
- ☒ Driving License
- ☐ Instruction Permit
- ☐ GDL Level 1
- ☐ GDL Level 2
- ☐ GDL Level 3
- ☐ CDL
- ☐ CDL Instruction Permit
- ☐ Motorcycle Only
- ☐ Motorcycle Instr Permit
- ☐ Other: _____

Driver License Number: **F469865**
State: **WV**
Social Security Number: _____
Date of Birth: **01/06/1989**

Gender: ☒ F
Weight: **170**
Height: **5 Ft. 7 In.**
Eye Color: **BN**
Class: _____
Restrictions: _____
Endorsements: _____

License Plate Number: **T9AUMC**
State: **FL**
Plate Class: _____
Vehicle Identification Number (VIN): **JTEEU5JR1N5255415**

Make: **Toyota**
Year: **2022**
Body Style: **SUV**
Model: **4Runner**
Color: **Blk**

Owner/Lessee Name: ☐ Same as Violator **Hertz Corp.**
Address: **PO Bx 24130**
City: **Oklahoma City** State: **OK** Zip Code: **73139**

Complete Only for Commercial Motor Vehicles
☐ Fatality
CMV Type (Check 1): ☐ Veh Designed to Carry 16+ Passengers ☐ Haz Mat ☐ Other CMV
☒ Coal Resource Transportation Sys.
DOT / Carrier # _____ Bill of Lading _____ Shipper ID # _____ Permit #: _____

In or Near: **Monongalia** County **Morgantown** Municipality

Highway Type:
- ☐ Interstate
- ☐ US
- ☐ WV
- ☐ County
- ☒ City Street
- ☐ Other

Route Number: _____
Milepost: _____
Direction of Travel: **S**
GPS Coordinates: Lat: _____ Long: _____
Street Name: **High St. @ Pleasant St.**

Specific Reference / Landmark: **Report # M2022-004435**

In the Above Listed County or City of West Virginia, Did Unlawfully Then and There Commit the Following Offense(s):

Charge #1: (Select Only 1 Violation per Charge)
- ☐ Speeding _____ MPH in a _____ MPH Zone
- ☒ Other: **Failure to yield for Pedestrian in crosswalk**

In Violation of **371.02**
- ☐ WV State Code
- ☒ Municipal Ordinance

Charge #2: (Select Only 1 Violation per Charge)
- ☐ Speeding _____ MPH in a _____ MPH Zone
- ☐ Other: _____

In Violation of _____
- ☐ WV State Code
- ☐ Municipal Ordinance

Agency, Detachment, or Unit Name: **MPD**
ORI #: **WV0310100**
Badge or ID #: **2273**

Officer's Name (Please Print): **C. J. Behm**
Officer's Signature: **C J Behm**

VIOLATOR RESPONSIBILITY

I Understand that I Have to Appear, On or Before, **304-284-7497** (Date)
**300 Spruce St** Call within 10 days
Court Name and Address / Court Phone

I Promise to Contact the Above Listed Court within the Time Specified. Failure to Appear Will Result in the Suspension of Driver's License.

X **Danielle Ludwig**
Violator Signature - Not an Admission of Guilt

FOR COURT USE ONLY

| Reduced Charge #1 | Code | Reduced Charge #2 | Code |
|---|---|---|---|
| | | | |

Charge 1 Disposition: Case #: _____
- ☐ 01 Not Guilty
- ☐ 02 Forfeited Bail
- ☐ 03 Tried in Absence
- ☐ 04 Nolle Prosequi
- ☐ 05 Appealed to Higher Court
- ☐ 06 Nolo Contendre
- ☐ 07 Guilty
- ☐ 08 Prelim. Hearing
- ☐ 09 Change of Venue
- ☐ 10 Dismissed

Charge 2 Disposition: Case #: _____
- ☐ 01 Not Guilty
- ☐ 02 Forfeited Bail
- ☐ 03 Tried in Absence
- ☐ 04 Nolle Prosequi
- ☐ 05 Appealed to Higher Court
- ☐ 06 Nolo Contendre
- ☐ 07 Guilty
- ☐ 08 Prelim. Hearing
- ☐ 09 Change of Venue
- ☐ 10 Dismissed

This Abstract is Certified Correct: _____
Signature / Title / Date

FOR DMV USE ONLY   Court Code _____   Conviction Code 1 _____   Conviction Code 2 _____

**COMPLAINT - AFFIDAVIT**